IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REX CHAPPELL,

      Plaintiff,                    No. 2: 09-cv-1465 GEB KJN P

     vs.

T. PEREZ, et al.,

      Defendants.              <u>ORDER</u>

_____/

        On October 18, 2010, defendants filed a motion for an order declaring plaintiff a vexatious litigant and requiring security.

        Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." On August 13, 2010, plaintiff was advised of the requirements for filing an opposition to a motion and that failure to oppose a motion may be deemed a waiver of opposition to the motion.

        Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." In the order filed August 13, 2010, plaintiff was also advised that failure to comply with the Local Rules may result in a recommendation that the action be

1

1  dismissed.

2  Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the
3  date of this order, plaintiff shall file an opposition, if any, to the motion for an order declaring
4  him a vexatious litigant.  If plaintiff fails to file an opposition, this action shall be dismissed
5  pursuant to Federal Rule of Civil Procedure 41(b).

6  DATED:  December 14, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

10  cha1465.osc