IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REX CHAPPELL,

    Plaintiff,                       No. 2: 09-cv-1465 GEB KJN P

   vs.

T. PERREZ, et al.,

    Defendants.                    ORDER

_____/

        Plaintiff is a state prisoner proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On March 31, 2011, plaintiff filed a pleading titled "Motion requesting conflict of interest between Deputy Attorney General Christopher Becker, the Attorney General's Office Representing CDCR with taxpayer money or at all." Plaintiff appears to request that the Office of the Attorney General be prohibited from representing defendants. Plaintiff's motion is without merit.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's motion requesting that the court declare a conflict of interest (Dkt. No. 38) is denied.

DATED: May 5, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ch1465.ord(2)

1