IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REX CHAPPELL,

      Plaintiff,                              No. 2:09-cv-1465-GEB-KJN-P

     vs.

T. PERREZ, et al.,

      Defendants.               <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On June 8, 2011, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days.  Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

////

1. The findings and recommendations filed June 8, 2011, are adopted in full.

2. Plaintiff's state law claims brought pursuant to the California Penal Code and Title 15 are dismissed because these laws and regulations do not authorize private causes of action;

3. Defendants' motion to dismiss (dkt. no. 41) is granted as to plaintiff's claims brought pursuant to the California Government Code and California Constitution; and

4. Defendants are ordered to file an answer to plaintiff's amended complaint within 20 days from the date of this order.

Dated: July 7, 2011

GARLAND E. BURRELL, JR.
United States District Judge