IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REX CHAPPELL,

      Plaintiff,                    No. 2: 09-cv-1465 GEB KJN P

    vs.

T. PEREZ, et al.,

      Defendants.               ORDER

_____/

        Pending before the court is defendants' motion for an extension of time to file a dispositive motion. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Defendants' motion for an extension of time (Dkt. No. 54) is granted;

        2. Defendants' summary judgment motion is due on or before February 17, 2012.

DATED: February 16, 2012

                                      _____
                                      KENDALL J. NEWMAN
                                      UNITED STATES MAGISTRATE JUDGE

ch1465.eot