IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REX CHAPPELL,

    Plaintiff,                   No. 2: 09-cv-1465 GEB KJN P

  vs.

T. PEREZ, et al.,

    Defendants.           <u>ORDER</u>

_____/

        Pending before the court is defendants' motion for an extension of time to file a dispositive motion. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Defendants' motion for an extension of time (Dkt. No. 54) is granted;

        2. Defendants' summary judgment motion is due on or before February 17, 2012.

DATED: February 16, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ch1465.eot