IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REX CHAPPELL,

      Plaintiff,                          No.  09-cv-1465 GEB KJN P

      vs.

T. PEREZ, et al.,

      Defendants.                 <u>ORDER</u>

                                          /

          On May 30, 2012, the undersigned granted defendants' motion to seal documents filed in support of their summary judgment motion.  In his opposition to the motion to seal, it was unclear whether plaintiff was waiving his opposition to disclosure of his records.  In the May 30, 2012 order, the undersigned granted plaintiff fourteen days to file a short brief clarifying whether he was waiving his opposition to the disclosure of his records.

          On June 11, 2012, plaintiff filed a brief stating that he is *not* waiving his opposition to disclosure of the records.  Because plaintiff does not waive his opposition to the disclosure of the records, defendants shall file the records under seal.

////

////

////

1

1      Accordingly, IT IS HEREBY ORDERED that within seven days of the date of this order, defendants shall file under seal the documents discussed in the May 30, 2012 order.

DATED: June 20, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ch1465.sea

2