1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   REX CHAPPELL,

11              Plaintiff,                    No.  09-cv-1465 GEB KJN P

12        vs.

13   T. PEREZ, et al.,

14              Defendants.              <u>ORDER</u>

15   _____/

16              On May 30, 2012, the undersigned granted defendants' motion to seal documents

17   filed in support of their summary judgment motion.  In his opposition to the motion to seal, it

18   was unclear whether plaintiff was waiving his opposition to disclosure of his records.  In the May

19   30, 2012 order, the undersigned granted plaintiff fourteen days to file a short brief clarifying

20   whether he was waiving his opposition to the disclosure of his records.

21              On June 11, 2012, plaintiff filed a brief stating that he is *not* waiving his

22   opposition to disclosure of the records.  Because plaintiff does not waive his opposition to the

23   disclosure of the records, defendants shall file the records under seal.

24   ////

25   ////

26   ////

                                    1

1    Accordingly, IT IS HEREBY ORDERED that within seven days of the date of

2 this order, defendants shall file under seal the documents discussed in the May 30, 2012 order.

3 DATED:  June 20, 2012

4

5    KENDALL J. NEWMAN

6    UNITED STATES MAGISTRATE JUDGE

7 ch1465.sea

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2